William W. Manlove, Oregon State Bar ID Number 89160
Senior Deputy City Attorney
bmanlove@ci.portland.or.us
Office of City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile:  (503) 823-3089
Of Attorneys for Defendant City of Portland

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **MARY OVERSTREET-SMITH**, Legal Custodian for and on behalf of **SJMM**, a Minor and Incompetent Person,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**, an Oregon Municipal Corporation,<br><br>Defendant. | CV'07-0182 KI<br><br><br><br><br>**SATISFACTION OF JUDGMENT** |

For the consideration of the sum of Thirty-Seven Thousand Dollars ($37,000.00), inclusive of all attorney's fees and costs, full satisfaction is hereby acknowledged of the Judgment entered in the above-entitled court on the 21st day of August, 2007, in favor of plaintiff and against defendant City of Portland.

///

///

///

///

Page 1  –   SATISFACTION OF JUDGMENT

I hereby authorize the clerk of this court to enter satisfaction of record of the above-referenced judgment.

DATED this 4 day of September, 2007.

Respectfully submitted,

_____
ERNEST WARREN, JR., OSB #89138
Attorney for Plaintiff

Page 2 –   SATISFACTION OF JUDGMENT

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing SATISFACTION OF JUDGMENT on:

> ERNEST WARREN, JR.
> WALKER, WARREN & WATKINS
> 838 SW FIRST AVENUE, SUITE 500
> PORTLAND, OR 97204
> *Attorney for Plaintiff*

on September 4, 2007, by causing a full, true and correct copy thereof, addressed to the last-known address (or fax number) of said attorney, to be sent by the following method(s):

☐ by **mail** in a sealed envelope, with postage paid, and deposited with the U.S. Postal Service in Portland, Oregon.

☒ by **hand delivery.**

☐ by **email** pursuant to LR 5.2(b).

☐ by **facsimile transmission.**

*[signature]*
WILLIAM W. MANLOVE, OSB #89160
Senior Deputy City Attorney
Of Attorneys for Defendant City of Portland

Page 1 – CERTIFICATE OF SERVICE